USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOREA LINE CORPORATION,

            Plaintiff,

-against-

TRANS PACIFIC CARRIER CO., LTD.,

            Defendant.

ECF CASE

08 Civ. 11334 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff Korea Line Corporation commenced this action on December 30, 2008 by filing a Verified Complaint and applying for an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. On January 16, 2009, the Court found that Plaintiff had not met the requirements for obtaining a Rule B order, and ordered that Plaintiff either file an Amended Verified Complaint or submit a letter advising the Court that it does not intend to renew its application for Process of Maritime Attachment. The Court further ordered that in the latter case, the action would be dismissed without prejudice unless Plaintiff showed good cause why it should not be dismissed. On January 30, 2009, the Court extended until February 13, 2009 the deadline for Plaintiff to submit a properly supported Amended Verified Complaint or an affidavit showing good cause why the case should not be dismissed.

        Because Plaintiff has not shown cause why this action should not be dismissed, it is hereby ORDERED that the action is dismissed without prejudice. It is further ORDERED that if Plaintiff chooses to commence a new action concerning the dispute described in the Complaint

in the Southern District of New York, Plaintiff shall designate the new action as related to this action.

      The Clerk of the Court is directed to close this case.

Dated: New York, New York
       February 23, 2009

                      SO ORDERED.

                      _____
                      Paul G. Gardephe
                      United States District Judge